# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-12-00495-CV
_____

### WILLIAM J. MORRISS III, D/B/A JUD'S EUROTYPES, Appellant

### V.

### GERALD W. DALRYMPLE, Appellee

**On Appeal from the County Court at Law No. 2**
**Montgomery County, Texas**
**Trial Cause No. 12-26226-CV**

## MEMORANDUM OPINION

On January 24, 2013, we notified the parties that the appeal would be dismissed for want of prosecution unless arrangements were made for filing the record or the appellant explained why additional time was needed to file the record. The appellant did not respond to the Court's notice. The appellant did not file an affidavit of indigence and is not entitled to proceed without payment of costs. *See* Tex. R. App. P. 20.1. There being no satisfactory explanation for the failure to file the record, and there being no

1

reasonable explanation for the failure to pay the filing fee for the appeal, the appeal is dismissed for want of prosecution. Tex. R. App. P. 37.3(b); Tex. R. App. P. 42.3.

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Opinion Delivered February 21, 2013
Before Gaultney, Kreger, and Horton, JJ.

2